UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH EUGENE SPEIGHT,
    Plaintiff,

-vs-                           Civil Number 1:07-cv-481-JR

FEDERAL BUREAU OF PRISONS,
    Defendant.

### MOTION FOR DEFAULT ENTRY

COMES NOW, Plaintiff, Kenneth Eugene Speight, and respectfully requests the Clerk enter default against the Defendant in the above captioned action. The Defendant has "failed to plead or otherwise defend" as provided by the rules. F.R.Civ.P., Rule 55(a). In support of this motion the Plaintiff states the following:

1. More than sixty (60) days have transpired from the date the Defendant was served a copy of the Complaint and Summons.

2. The Defendant has failed to answer or otherwise file any responsive pleading to the instant Complaint.

For the foregoing reasons, Plaintiff respectfully requests the Clerk to enter the Defendant's default.

Dated: July 5, 2007                  Respectfully Presented,

                                              Kenneth Eugene Speight
                                              c/o P.O. Box 8000
                                              Bradford, Pennsylvania
                                                           [16701]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH EUGENE SPEIGHT,
        Plaintiff,

-vs-                                        Civil Number 1:07-cv-481-JR

FEDERAL BUREAU OF PRISONS,
        Defendant.

### PROOF OF SERVICE

I, Kenneth Eugene Speight, hereby attest and affirm that a true and correct copy of the foregoing Motion For Default Entry, was sent via first class mail by presenting to corrections officials at FCI McKean for processing to the U.S. Postal Service on July 5, 2007, to:

Charlotte A. Abel, AUSA
Office of the U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

                                    _____
                                    Kenneth Eugene Speight
                                    c/o P.O. Box 8000
                                    Bradford, Pennsylvania
                                             [16701]