UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
KENNETH EUGENE SPEIGHT,            )
                                   )
         Plaintiff,                )
                                   )
    v.                             )     Civil Action No. 07-481 (JR)
                                   )
FEDERAL BUREAU OF PRISONS,         )
                                   )
         Defendant.                )
_____)

ORDER

Plaintiff has moved for default judgment based on the fact that defendant has yet to file answer to the complaint. A default judgment is appropriate when a defendant has failed to plead or otherwise defend against the complaint. *See* Fed. R. Civ. P. 55. Such is not the case here. Defendant has not been served with plaintiff's amended complaint. Moreover, plaintiff has not paid the initial filing fee of $3.26. Accordingly, it is

ORDERED that plaintiff's motion for default judgment [6] is DENIED.

                                                    _____/s/_____
                                                    JAMES ROBERTSON
                                                    United States District Judge

DATE: July 16, 2007