UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENNETH EUGENE SPEIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0481 (JR) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff, a federal inmate, has been granted leave to proceed *in forma pauperis*. The Clerk of the Court has issued summonses for the defendants. Accordingly, pursuant to 28 U.S.C. § 1915(d), it is

**ORDERED** that the United States Marshals Service effect service of the summons and complaint on the Federal Bureau of Prisons, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

JAMES ROBERTSON
United States District Judge