CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KENNETH EUGENE SPEIGHT )
)
)
)
)
       Plaintiff ) Civil Case Number 07-0481 (RCL)
)
v. )
) Category   I
FEDERAL BUREAU OF PRISONS )
)
)
)
       Defendant )
)

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on November 1, 2007 from Judge James Robertson to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Reassigned as related to 07cv0208)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc: Judge Robertson & Courtroom Deputy
Judge Lamberth & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓