IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-1235 (RWR) |
| v. | ) |
| | ) |
| BUREAU OF PRISONS | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

_____The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on this 23rd day of November, 2007, a copy of the foregoing document was mailed first class via United States Postal Service, postage prepaid to:

Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000
Bradford, PA 16701

 

                                                            WYNEVA JOHNSON, D.C. Bar #278515
                                                            Assistant United States Attorney
                                                            Judiciary Center Building
                                                            555 4th Street, N.W., Room E4106
                                                            Washington, D.C. 20530