IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 07- 481(JR)<br>)<br>v. )<br>)<br>BUREAU OF PRISONS )<br>)<br>Defendant. )<br>) | |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                          Respectfully submitted,

                                          /s/
                                        WYNEVA JOHNSON, D.C. Bar #278515
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W., E-4106
                                        Washington, D.C.  20530
                                        (202) 514-7224

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on this 23rd day of November, 2007, a copy of the foregoing document was mailed first class via United States Postal Service, postage prepaid to:

Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000
Bradford, PA 16701

                                                                                     _____
                                                                                     WYNEVA JOHNSON, D.C. Bar #278515
                                                                                     Assistant United States Attorney
                                                                                     Judiciary Center Building
                                                                                     555 4th Street, N.W., Room E4106
                                                                                     Washington, D.C. 20530