IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07- 481(JR) |
| ) | |
| v. ) | |
| ) | |
| BUREAU OF PRISONS ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant, through undersigned counsel, respectfully moves this Court for an Enlargement of Time to and including January 16, 2008 to file its dispositive motion in this FOIA case. Plaintiff could not be reached to ascertain his views on this motion because he is incarcerated.

The additional time is requested because counsel has not received the Declaration from the Agency which will support defendant's dispositive motion. Once the Declaration is received, counsel will complete the discussions and coordination with Agency counsel for the filing of defendant's dispositive motion.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 7th day of December, 2007, a copy of the foregoing document was mailed first class via United States Postal Service, postage prepaid to:

Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000
Bradford, PA 16701

_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4106
Washington, D.C. 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 07- 481(JR)<br>)<br>v. )<br>)<br>BUREAU OF PRISONS )<br>)<br>Defendant. )<br>) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, any

Opposition thereto  and for good cause shown, it is this 7th day of December 2007,

ORDERED, that said motion should be and is hereby granted.

_____
UNITED STATES DISTRICT JUDGE

**Counsel for Defendant**
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

**Plaintiff**
Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000

Bradford, PA 16701