IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF PRISONS ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07- 481(RCL) |

## DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant, through undersigned counsel, respectfully moves this Court for a one-week Enlargement of Time, up to and including, January 23, 2008, to file its dispositive motion in response to plaintiff's amended Complaint. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained his position as to the relief requested. Plaintiff has brought this action alleging violations under the Freedom of Information Act.

The undersigned counsel assigned primary responsibility in this action has now received the declaration from the agency, which will support defendant's dispositive motion. The additional time is necessary for counsel to complete the discussions with the agency for the filing of the dispositive motion.

This request for enlargement is made in good faith and is in no way designed to delay the

proceedings.

          Respectfully submitted,


_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on this 16th day of January, 2008, a copy of the foregoing document was mailed first class via United States Postal Service, postage prepaid to:

Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000
Bradford, PA 16701

_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4106
Washington, D.C. 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH E. SPEIGHT )
 )
 )
    Plaintiff, )
 )  Civil Action No. 07- 481(RCL)
 )
    v. )
 )
BUREAU OF PRISONS )
 )
    Defendant. )
 )

## ORDER

UPON CONSIDERATION of Defendant's Motion for Further Enlargement of Time, any Opposition thereto and for good cause shown, it is this ____ day of January 2008,

ORDERED, that said motion should be and is hereby granted.

_____
UNITED STATES DISTRICT JUDGE

**Counsel for Defendant**
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

**Plaintiff**
Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000
Bradford, PA 16701