IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT, <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF PRISONS, <br><br> Defendant. | Civil Action No. 07- 481(RCL) |

**DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant, through undersigned counsel, respectfully moves this Court for a one-week Enlargement of Time, up to and including, February 13, 2008, to file its dispositive motion in response to plaintiff's amended Complaint. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained his position as to the relief requested. Plaintiff has brought this action alleging violations under the Freedom of Information Act.

The undersigned counsel assigned primary responsibility in this action has prepared a draft response. Upon final supervisory review, however, it was determined that part of the response may need to be submitted for *in camera* review. Counsel will need to confer with the Department of Justice, Office of Information and Privacy in the preparation of this portion of the response.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney


        __/s/_____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney


        __/s/_____
        WYNEVA JOHNSON, DC Bar #278515
        Assistant United States Attorney
        555 4th Street, N.W.,
        Washington, D.C. 20530
        (202) 514-7224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 23rd day of January, 2008, a copy of the foregoing document was mailed first class via United States Postal Service, postage prepaid to:

Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000
Bradford, PA 16701

                                                                         WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4106
Washington, D.C. 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF PRISONS )<br>)<br>Defendant. )<br>) | Civil Action No. 07- 481(RCL) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Further Enlargement of Time, any Opposition thereto and for good cause shown, it is this ____ day of January 2008,

ORDERED, that said motion should be and is hereby granted.

_____
UNITED STATES DISTRICT JUDGE

**Counsel for Defendant**
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

**Plaintiff**
Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000
Bradford, PA 16701