UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH E. SPEIGHT**           ) | |
| )  | |
| **Plaintiff,**           ) | |
| )  | Civil Action No. 07- 481 (RCL) |
| **v.**           ) | |
| )  | |
| **FEDERAL BUREAU OF PRISONS**           ) | |
| )  | |
| **Defendant.**           ) | |

## DEFENDANT'S MOTION TO FILE SPECIAL INVESTIGATIVE REPORT AND VAUGHN INDEX UNDER SEAL

Defendant Federal Bureau of Prisons hereby requests that the attached Vaughn Index and unredacted versions of a six (6) page Special Investigative Incident Section incident report be filed under seal. These documents are referenced in the Declaration of Vanessa Herbin-Smith.[1]

These documents are being filed under seal because they contain law enforcement security information. They also include private information of individuals which should not be released to the public. The pages contain redactions pursuant to exemptions (b)(2), (b)(7)(C), (b)(7)(D), (b)(7)(F). Freedom of Information Act, 5 U.S.C. §§ 552 (b)(2, (b)(7)(C), (b)(7)(D), (b)(7)(F).

---

[1] Vanessa Herbin-Smith's Declaration is attached to the defendant's Motion for Summary Judgment filed on February 13, 2008.