UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07- 481 (RCL) |

## ERRATA

Defendant hereby refiles the attached Defendant's Motion to File Special Investigative Report and Vaughn Index Under Seal. The electronic filing of this motion on February 13, 2008 omitted the second and third pages. Plaintiff, who is pro se, received a complete copy of this filing via first class mail on February 13, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on this 15th day of February, 2008, a copy of the foregoing document was mailed first class via United States Postal Service, postage prepaid to:

Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000
Bradford, PA 16701

          /s /
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4106
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT )<br> )<br> )<br>Plaintiff, )<br> ) Civil Action No. 07- 481 (RCL)<br> )<br>v. )<br> )<br>FEDERAL BUREAU OF PRISONS )<br> )<br>Defendant. )<br> ) | |

### DEFENDANT'S MOTION TO FILE SPECIAL INVESTIGATIVE REPORT AND VAUGHN INDEX UNDER SEAL

Defendant Federal Bureau of Prisons hereby requests that the attached Vaughn Index and unredacted versions of a six (6) page Special Investigative Incident Section incident report be filed under seal. These documents are referenced in the Declaration of Vanessa Herbin-Smith.[1]

These documents are being filed under seal because they contain law enforcement security information. They also include private information of individuals which should not be released to the public. The pages contain redactions pursuant to exemptions (b)(2), (b)(7)(C), (b)(7)(D), (b)(7)(F). Freedom of Information Act, 5 U.S.C. §§ 552 (b)(2, (b)(7)(C), (b)(7)(D), (b)(7)(F).

---

[1] Vanessa Herbin-Smith's Declaration is attached to the defendant's Motion for Summary Judgment filed on February 13, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **Motion to File under Seal** was served upon plaintiff:

> Kenneth Speight
> R# 12471-014
> FCI MCKEAN
> POB 8000
> Bradford, PA 16701

by first class mail, postage prepaid, this 13th day of February, 2008.

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH E. SPEIGHT**        )<br>                                                     )<br>                                                     )<br>         **Plaintiff,**                        )<br>                                                     )     Civil Action No. 07- 481 (RCL)<br>                                                     )<br>         **v.**                                    )<br>                                                     )<br>**FEDERAL BUREAU OF PRISONS**  )<br>                                                     )<br>         **Defendant.**                      )<br>                                                     ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion To File Special Investigative Report and <u>Vaughn</u> Index Under Seal.  Upon consideration of the Motion and the entire record herein, it is by the Court this ____ day of _____, 2008 hereby

ORDERED that Defendant's Motion  To File Special Investigative Report and <u>Vaughn</u> Index Under Seal is hereby GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Counsel for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

Kenneth Speight
R# 12471-014
McKean Federal Correctional Institution
POB 8000
Bradford, PA 16701