UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH EUGENE SPEIGHT,
      Plaintiff,

-vs-                                    Civil Number 1:07-cv-481(RCL)

FEDERAL BUREAU OF PRISONS,
      Defendant.

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES, the Plaintiff, Kenneth Eugene Speight, who hereby moves the Court for an enlargement of time pursuant to F.R.Civ.P., Rule 6(b), in which to file brief in opposition to the Defendant's Motion for Summary Judgment, and Motion to File Special Investigative Report and Vaughn Index Under Seal. In support thereof, the Plaintiff states the following:

1. The Plaintiff is a federal prisoner currently incarcerated at Federal Corrections Institution - McKean, Bradford, Pennsylvania.

2. On February 19, 2008, the Plaintiff received motions filed by the Defendant on February 13, 2008 requesting the Court to grant leave to submit evidence ex parte, and seeking to have the Court to enter judgment in the Defendant's favor.

3. The Defendant has made comprehensive argument in support of its motion for summary judgment.

4. The Plaintiff needs additional time to investigate the legal arguments raised by the Defendant.

1

RECEIVED
FEB 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. Thus, the Plaintiff requests an enlargement of time until March 17, 2008, which to file a response to the Defendant's Motions.

6. The Plaintiff is a prisoner proceeding pro se, and thus, has not sought concurrence with Defendant's counsel.

WHEREFORE, the Plaintiff requests an enlargement of time until March 17, 2008, to file Opposition papers.

Dated: February 25, 2008

Respectfully Presented,

Kenneth Eugene Speight
c/o P.O. Box 8000
Bradford, Pennsylvania
[16701]


## PROOF OF MAILING

I, Kenneth Eugene Speight, hereby attest and affirm that a true and correct copy of the foregoing Motion for Enlargement of Time was sent via first class mail by presenting to correction officials on February 25, 2008, to:

Wynerva Johnson, Esq.
Office of the U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Kenneth Eugene Speight
c/o P.O. Box 8000
Bradford, Pennsylvania
[16701]