UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH E. SPEIGHT )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 07- 481 (RCL)<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS )<br>)<br>Defendant. )<br>_____) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court to enlarge the time within which to reply to plaintiff's opposition to defendant's dispositive motion, to and including April 23, 2008. Plaintiff, a federal prisoner, could not be reached to obtain his views on the filing of this motion.

The additional time is requested so that counsel can complete the discussions and coordination with agency counsel on the information contained in plaintiff's opposition and substantial number of exhibits.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the time to reply to plaintiff's opposition to defendant's dispositive motion be enlarged to and including April 23, 2008.

Respectfully submitted,

_____  \_\_\_\_\_
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224
Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this __ day of March, 2008, a copy of the foregoing document was mailed first class via United States Postal Service, postage prepaid to:

Kenneth Speight
R# 12471-014
Bradford Correctional Institution
POB 8000
Bradford, PA 16701

_____/s /_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4106
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH E. SPEIGHT** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 07- 481 (RCL) |
| v. ) | |
| ) | |
| **FEDERAL BUREAU OF PRISONS** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, any Opposition thereto, and for good cause shown, it is this ___ day of _____ 2008.

ORDERED, that Defendant's Motion should be, and it hereby is, granted, and that Defendant may respond to Plaintiff's opposition to Defendant's dispositive motion up to and including April 23, 2008.

UNITED STATES DISTRICT JUDGE