July 15, 2008

Kenneth Eugene Speight
c/o Watkinson House
136 Collins Street
Hartford, Connecticut
[06105]

Nancy Mayer Whittington, CLERK
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: **Speight v. FBOP, 1:07-cv-481** RCL

Dear Ms. Whittington:

This correspondence is to notify the Court of my change in mailing location. The mailing address, as presented above, is:

Kenneth Eugene Speight
c/o Watkinson House
136 Collins Street
Hartford, Connecticut
06105

Notice has been provided to opposing counsel as to this change. Notice was sent to, Wyneva Johnson, AUSA.

Thank you for attention. Please enter this new information into the docket of this case.

Very cordially yours,

Kenneth Eugene Speight

cc: Wyneva Johnson, AUSA
    555 4th Street, N.W.
    Washington, D.C. 20530

**RECEIVED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT